```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 05 B 22106
   COLLEEN M. DAVIS
                                                CHAPTER 13

                                                JUDGE: BRUCE W BLACK

        Debtor
   SSN XXX-XX-6736


----------------------------------------------------------------------
              TRUSTEE'S FINAL REPORT AND ACCOUNT
----------------------------------------------------------------------
    Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

   1.  The case was filed on 06/03/05 and confirmed on 09/29/05.

   2.  The case was dismissed after confirmation, 02/15/2008.

   3.  The Debtor paid a total of $   8198.00 .

   4.  The Trustee made disbursements to creditors as follows:

----------------------------------------------------------------------
CREDITOR NAME              CLASS         CLAIM AMOUNT    INTEREST       PRINCIPAL
                                                         PAID           PAID
----------------------------------------------------------------------
FIA CARD SERVICES          UNSECURED     NOT FILED           .00             .00
FIA CARD SERVICES          UNSECURED       2137.03        151.58         1424.33
DISCOVER BANK              UNSECURED       3314.76        224.47         2188.69
ECAST SETTLEMENT CORPORA   UNSECURED        673.53         49.28          442.29
NEWPORT NEWS               UNSECURED     NOT FILED           .00             .00
WORLD FINANCIAL NETWORK    UNSECURED        445.80         33.03          292.39
ECAST SETTLEMENT CORPORA   UNSECURED        784.66         57.36          515.31
SEARS BKRUPTCY RCVRY MGM   UNSECURED     NOT FILED           .00             .00
RESURGENT CAPITAL SERVIC   UNSECURED       1345.30         98.21          883.14
WORLD FINANCIAL NETWORK    UNSECURED        410.57         30.43          269.34
            Summary of disbursements:
----------------------------------------------------------------------
                    SECURED     PRIORITY    UNSECURED      OTHER         TOTAL
----------------------------------------------------------------------
TOTAL CLMS ALLOWED      .00          .00      9111.65         .00       9111.65
PRINCIPAL PAID          .00          .00      6015.49         .00       6015.49
INTEREST PAID           .00          .00       644.36         .00        644.36
TOTAL PAID              .00          .00      6659.85         .00       6659.85
The Debtor's attorney, ROBERT J SEMRAD & ASSOC        , was allowed $   2200.00
and was paid $    994.80  direct and $   1205.20  through the plan.

The Trustee received $     332.95 .

Refunds to the Debtor totaled $        .00 .

    Wherefore, the Trustee requests an order be entered discharging
the Trustee and the surety on his bond from any further liability
in this case.
```

```
Dated: 05/21/08                    /S/
                              GLENN STEARNS
                              CHAPTER 13 TRUSTEE
```